# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

June 23, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cruz

                Plaintiff,

- *against* -

Sullivan County Government Center, et al .,

                Defendants.

## SCHEDULING ORDER
7:21-cv-06410-NSR-PED

TO ALL PARTIES:

The **telephone conference** scheduled on **June 24, 2022 at 11 am** before the Honorable

Paul E. Davison, United States Magistrate Judge, is adjourned to **June 29, 2022 at 10 am.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Jun 23, 2022**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

6/23/22