UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CRUZ,

                             Plaintiff(s),                **ADJOURNMENT ORDER**

      - against -

                                                                                    21 Civ. 6410 (NSR)

SULLIVAN COUNTY GOVERNMENT
CENTER, et al.,

                             Defendant(s).
------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

     The above case previously scheduled for a telephonic Status Conference on October 26, 2022 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of Defendants' motion to dismiss.

                                                                        SO ORDERED.

Dated: White Plains, New York
         Sept. 1, 2022

                                                                  Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2022