UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Cruz,

                    Plaintiffs,

      -against-

Sullivan County Government Center, et al.,

                    Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:21-cv-06410-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **July 16, 2024 at 12:30 pm.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

**SO ORDERED.**

DATED:    White Plains, New York
               July 8, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge