**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARIA CRUZ,

                Plaintiff,

-against-                               21 **CIVIL** 6410 (NSR)

                                           **JUDGMENT**

SULLIVAN COUNTY GOVERNMENT
CENTER et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2025, Defendant Sullivan County's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                       **BY:**                K. Mango

                                                      **Deputy Clerk**